UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| DALE NEIDENBACH, et al., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) | No. 4:13-CV-1604 CAS |
|  | ) |  |
| AMICA MUTUAL INSURANCE COMPANY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

# ORDER

This matter is before the Court on plaintiffs' motion for leave to file an amended answer to defendant's counterclaim. Defendant opposes the motion. Plaintiffs filed their answer to the counterclaim on July 28, 2014, which was timely, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A). Plaintiffs moved to file an amended answer to the counterclaim that same day. Because plaintiffs moved to amend within the time contemplated by Federal Rule of Civil Procedure 15(a)(1), leave is not required to file the amended answer, and plaintiffs may amend as a matter of course. The Court will direct the Clerk of Court to detach and docket plaintiffs' amended answer, which was attached to their motion for leave.

Accordingly

**IT IS HEREBY ORDERED** that plaintiffs' motion for leave to file an amended answer to the counterclaim is **DENIED as moot.** Under the applicable Federal Rule of Civil Procedure, leave of Court is not required at this time. [Doc. 34]

**IT IS FURTHER ORDERED** that the Clerk of Court shall detach and docket plaintiffs' amended answer to defendant's counterclaim, which was attached to their motion for leave.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**CHARLES A. SHAW**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

Dated this  30th  day of July, 2014.